1
2
3
4
5
6
7
8
UNITED STATES DISTRICT COURT
9
FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11

IN RE:  STEVEN WAYNE BONILLA

No. 2:23-cv-02941-TLN-KJN

12
No. 2:23-cv-02942-TLN-KJN

13
No. 2:23-cv-02944-TLN-KJN

14
No. 2:23-cv-02952-TLN-KJN

15
No. 2:23-cv-02953-TLN-KJN

16
No. 2:23-cv-02954-TLN-KJN

17
No. 2:23-cv-02955-TLN-KJN

18
No. 2:23-cv-02956-TLN-KJN

19
No. 2:23-cv-02988-TLN-KJN

20
No. 2:24-cv-00027-TLN-KJN

21
**ORDER**

22
23
24
Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

25
above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

26
litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

27
proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

28
Alameda County.  (*See Bonilla v. Fresno County*, Case No. 2:18-cv-2544-TLN-KJN, ECF No.

1

13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new case pleading and assign it to the undersigned and Magistrate Judge Kendall J. Newman.  (*Id.* at ECF No. 26).  If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed.  (*Id.*)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.[1]

Accordingly, the complaints/petitions in Case Nos. 2:23-cv-02941, 2:23-cv-02942, 2:23-cv-02944, 2:23-cv-02952, 2:23-cv-02953, 2:23-cv-02954, 2:23-cv-02955, 2:23-cv-02956, 2:23-cv-02988 and 2:24-cv-00027 are hereby DISMISSED.  The Clerk of the Court is directed to close these cases.  No further filings will be accepted.

IT IS SO ORDERED.

Dated:     January 18, 2024

Troy L. Nunley
United States District Judge

---

[1]     Plaintiff erroneously names the Yuba County Superior Court in the caption of Case No. 2:23-cv-2941, the El Dorado County Superior Court in the caption of Case No. 2:23-cv-2944, the Calaveras County Superior Court in the caption of Case No. 2:23-cv-2954, and the Lassen County Superior Court in the caption of Case No. 2:24-cv-00027.  To the extent Plaintiff intended to file these complaints/petitions in the United States District Court for the Eastern District of California, the Court finds that the claims raised therein are related to his Alameda County criminal conviction and are therefore dismissed pursuant to the modified vexatious litigant Order.